# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANDY M. R., <br>     Plaintiff(s), <br> v. <br> MARTIN O'MALLEY, <br>     Defendant(s). | Case No. 2:24-cv-00927-NJK <br><br> **Order** |

On June 3, 2024, the Court noted that Attorney Stephen Sloan is identified on the docket as the lead attorney admitted pro hac vice, but that Attorney Sloan had not filed a petition to appear pro hac vice. Docket No. 8. The Court ordered Plaintiff to file a petition for Attorney Sloan to appear pro hac vice by June 17, 2024. *Id.* No such petition has been filed. Accordingly, the Clerk's Office is **INSTRUCTED** to remove Attorney Sloan as counsel of record in this case.

IT IS SO ORDERED.

Dated: June 20, 2024

                                                                                          Nancy J. Koppe <br>
                                                                                        United States Magistrate Judge