# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANDY M. R., <br><br>    Plaintiff(s), <br><br> v. <br><br> MARTIN O'MALLEY, <br><br>    Defendant(s). | Case No. 2:24-cv-00927-NJK <br><br> **Order** <br><br> [Docket No. 15] |

The Court set a show cause hearing as to why Attorney Sloan is neither complying with the pro hac vice rules nor ceasing to make filings on behalf of Plaintiff in this case. Docket No. 14. Pending before the Court is an unopposed motion for the Commissioner's attorney, Edmund Darcher, to appear at that hearing telephonically. Docket No. 15. That motion is **GRANTED**.[1] Attorney Darcher may appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: July 8, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The relief sought and this order is limited to Attorney Darcher only.

1