# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CANDY M. R.,<br><br>    Plaintiff(s),<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>    Defendant(s). | Case No. 2:24-cv-00927-NJK<br><br>**Order** |

Pending before the Court is an order to show cause why dismissal and other sanctions should not be imposed on Plaintiff and Plaintiff's counsel. Docket No. 20.

In responding to the order to show cause, Attorney Hal Taylor represents that neither he nor Attorney Sloan was aware of the show cause hearing set for July 15, 2024. *Id.* at 4 ("On June 28, 2024, [t]he Court set a Show Cause Hearing for 7/15/2024. By this point, Mr. Sloan was no longer receiving notices in this case. Therefore, he was not advised of this hearing. Hal Taylor, Esq. missed the setting. Therefore, because of Mr. Taylor's error, neither he no[r] Mr. Sloan attended the July 15th Show Cause Hearing"). The Court notes, however, that the Commissioner's counsel had sought leave to appear telephonically at that very same hearing, the motion for which represents that "Plaintiff's counsel does not object to this motion." Docket No. 15 at 2.

The Court hereby **ORDERS** Attorney Edmund Darcher to identify by name the "Plaintiff's counsel" who did not object to his motion and to explain the circumstances of Attorney Darcher's receipt of that non-opposition. This filing must be made by August 1, 2024.[1]

IT IS SO ORDERED.

Dated: July 25, 2024

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge

---

[1] The Court herein expresses no opinion on the pending order to show cause or the repercussions that may result from the issues raised therein.

1