**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANDY R., | Case No. 2:24-cv-00927-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| FRANK BISIGNANO, | |
| Defendant(s). | |

Frank Bisignano is now Commissioner of Social Security.  A "[public] officer's successor is automatically substituted as a party."  Fed. R. Civ. P. 25(d).  Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Frank Bisignano in place of Martin O'Malley.

IT IS SO ORDERED.

Dated: August 7, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1